UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEREK MICHAEL BROWN,<br><br>              Petitioner,<br><br>       v.<br><br>T. FELKER, Warden,<br><br>              Respondent. | No. C 08-4842 LHK (PR)<br><br>**ORDER DIRECTING RESPONDENT TO FILE AN EXHIBIT** |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. In his petition, Petitioner alleges that the trial court and the prosecutor may have violated his constitutional rights by failing to disclose the identity of a second informant, who may have been discussed in an *in camera* hearing the trial court held with Sergeant Longmire, who testified as a prosecution witness at Petitioner's trial. Both the trial and appellate courts reviewed the sealed transcript of the *in camera* hearing and concluded that it contained no material or exculpatory information as to Petitioner.

//

//

No. C 08-4842 LHK (PR)
ORDER RE: EXHIBIT FILING

1    In order to conduct a full review of Petitioner's claim, this Court must have a copy of
2 the transcript of the *in camera* hearing.  Accordingly, the Court directs Respondent to file a
3 copy of that transcript with this Court within 10 days from the date of this order.  Such
4 transcript may be filed under seal.

5    **IT IS SO ORDERED.**

6 DATED:  January 31, 2011



7    ────────────────────────
      LUCY H. KOH
      United States District Judge