UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY D. BROWN,<br><br>Petitioner,<br><br>v.<br><br>ROBERT A. HOREL, Warden,<br><br>Respondent. | No. C 08-4673 LHK (PR)<br><br>**AMENDED JUDGMENT** |

The petition having been denied, the Court hereby enters judgment in favor of Respondent.

**IT IS SO ORDERED.**

DATED: March 15, 2011

_____
LUCY H. KOH
United States District Judge

No. C 08-4673 LHK (PR)
AMENDED JUDGMENT